IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:18-CV-183-FL

| | | |
|---|---|---|
| STONEWOOD INSURANCE COMPANY<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>)<br>) | ENTRY OF DEFAULT |
| DENNIS EARL HAWKINS,<br>KATHLEEN MYLES,<br>JOSEPH MORNING,<br>T&G TRUCKING, INC.,<br>RICHARD WILLIAM RILEY,<br>SANDRA RILEY,<br>RUFUS LEE ARCHER, and<br>ERIN MYLES, Personal Representative<br>of the Estate of William Patrick Myles,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the Plaintiff's Motion for Entry of Default against Richard William Riley and Sandra Riley; and,

IT APPEARING TO THE COURT that the defendants Richard William Riley and Sandra Riley are in default for failing to plead or otherwise defend this action as required by law;

NOW, THEREFORE, default is hereby entered against Defendants Richard William Riley and Sandra Riley.

This _2_ day of April 2019.

_____
Peter A. Moore, Jr.
Clerk
United States District Court